UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **WARREN E. JOSEPH, JR. (#133014)** | **CIVIL ACTION** |
| **VERSUS** | |
| **LOUISIANA ATTORNEY GENERAL, ET AL.** | **NO. 13-0123-SDD-RLB** |

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on June 11, 2013.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**WARREN E. JOSEPH, JR. (#133014)**                                              **CIVIL ACTION**

**VERSUS**

**LOUISIANA ATTORNEY GENERAL, ET AL.**                              **NO. 13-0123-SDD-RLB**

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On March 26, 2013, the plaintiff was ordered to pay, within twenty-one (21) days, an initial partial filing fee in the amount of $ 0.96, "or this action shall be dismissed". Rec.doc.no. 4. Upon the plaintiff's failure to comply with the Court's directive,[1] the Court entered a second Order on May 9, 2013, rec.doc.no. 6, directing the plaintiff to appear and show cause, in writing, within twenty-one (21) days, why his Complaint should not be dismissed for failure to pay the initial partial fee. The Court's Order further directed the plaintiff to attach to his response copies of his inmate account transaction statements showing the daily account activity in his inmate drawing and savings accounts for the months of March and April, 2013, including deposits into, withdrawals from, and balances in these accounts. Id. The referenced Order further advised the

---

   1    In an apparent attempt to comply with the Court's Order, the plaintiff filed with the Court a copy of an Inmate Funds Withdrawal Request form dated April 8, 2013, see rec.doc.no. 5, pursuant to which he apparently requested that prison officials forward the initial partial filing fee to the Court. However, while this Request appears to have been marked "N.S.F." by prison officials on April 19, 2013, the exhibit does not end the Court's inquiry. For example, the plaintiff could have had a balance in his account on the date that he received the Court's Order of March 26, 2013, directing him to pay an initial partial filing fee, and could have emptied the account prior to the date that he submitted the referenced Withdrawal Request to prison officials. Further, the exhibit does not show whether the plaintiff may have thereafter obtained additional funds with which to pay the initial partial filing fee, through the earning of incentive wages or otherwise, but has failed to do so.

plaintiff that documentation which did not include the relevant information would not be considered responsive to the Order.  Id.  Finally, the Court's Order advised the plaintiff that, in the event that he failed to provide the requested documentation or in the event that the Court was able to determine from the plaintiff's records that he had possessed in his inmate accounts sums sufficient to make the required payment but had failed to do so, the plaintiff's action would be dismissed without further notice for failure to pay the Court's initial partial filing fee.  Id.

The plaintiff has now responded to the Court's Order, see rec.doc.no. 7, but he has failed to provide the documentation which the Court explicitly requested.  Instead, without explanation or request for additional time to comply, the plaintiff has provided only a recent Statement of Account, dated May 16, 2013, certifying to the average deposits and balance in his inmate accounts for the preceding six months.  This document is not sufficient and does not provide the Court with the information which the Court requires.  The referenced monthly account statements, which the Court explicitly requested upon threat of dismissal, would show the daily account activity in the plaintiff's accounts, including but not limited to deposits into and withdrawals from these accounts (for canteen purchases, for example, or for other reasons).  Accordingly, these statements would show whether the plaintiff has had money to spend following the issuance of the Court's Order to pay an initial partial filing fee and whether he has spent the money on something other than the filing fee.  In the absence of the requested documentation and in the absence of any explanation by the plaintiff for his failure to provide same, the Court finds that the plaintiff has failed to show good cause for his failure to pay the initial partial filing fee.

## RECOMMENDATION

It is recommended that the above-captioned proceeding be dismissed for failure of the

plaintiff to comply with the Court's Orders to either pay the Court's initial partial filing fee or show good cause for his failure to do so.

Signed in Baton Rouge, Louisiana, on June 11, 2013.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE**