UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

WARREN E. JOSEPH, JR. (#133014)

CIVIL ACTION

VERSUS

NO. 13-123-SDD-RLB

LOUISIANA ATTORNEY GENERAL, ET AL

**RULING AND ORDER OF DISMISSAL**

The court, after carefully considering the petition, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated June 11, 2013, to which no objection has been filed, hereby approves the *report and recommendation* of the magistrate judge and adopts it as the court's opinion herein. Accordingly,

**IT IS ORDERED** that the above-captioned proceeding is dismissed for failure of the plaintiff to comply with the Court's Orders to either pay the Court's initial partial filing fee or show good cause for his failure to do so.

Baton Rouge, Louisiana, July 1st, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA